NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

M & T BANK,                                    )
                                              )
      Appellant,                           )
                                              )
v.                                            )    Case No. 2D17-2180
                                              )
CARLOS MONGIELLO; BEATRIZ MESA                )
a/k/a BEATRIZ CECILIA MESA; and TARA          )
CAY III HOMEOWNER'S ASSOCIATION               )
INC.,                                         )
                                              )
      Appellees.                           )
_____)

Opinion filed March 28, 2018.

Appeal from the Circuit Court for Pinellas
County; W. Douglas Baird, Senior Judge.

A. Donald Scott, Jr., and Sean Saval of
Clarfield, Okon & Salomone, P.L., West
Palm Beach, for Appellant.

Mark P. Stopa of Stopa Law Firm, Tampa;
and Latasha C. Scott of Lord Scott, PLLC,
Tampa, for Appellee Carlos Mongiello.

No appearance for remaining Appellees.


PER CURIAM.

      Affirmed.

SILBERMAN, VILLANTI, and BADALAMENTI, JJ., Concur.